**Nathan M. Hodges** (State Bar Number 277935)
Hodges Law Group
1226 Chester Avenue
Bakersfield, CA 93301
Phone: (661) 374-4046
Fax: (661) 374-8807

**Attorneys for** Plaintiff Jim Offdenkamp

**Carlos Jimenez** (State Bar Number 227534)
**Hector J. Rodriguez** (State Bar Number 305446)
Littler Mendelson, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071

**Attorneys for** Defendant Praxair Distribution, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM OFFDENKAMP, an individual, <br><br> Plaintiff, <br> vs. <br><br> PRAXAIR DISTRIBUTION, INC, a corporation, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 1:18-cv-01666-DAD-JLT <br><br> **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** <br><br> **(Doc. 6)** |

Pursuant to Local Rule 160(a), Plaintiff Jim Offdenkamp and Defendant Praxair Distribution, Inc. (the "Parties") are pleased to report that this matter has settled in all respects, including Plaintiff's claims for Failure to Pay Overtime, Failure to Pay Regular/Minimum Wages, Failure to Provide Proper Meal Periods, Failure to Provide Proper Rest Periods, Failure to Maintain Adequate Records, Failure to Provide Proper/Accurate Wage Statements, and Violation of California Business and Professions Code Section 17200, Reasonable Attorney's Fees, and Litigation Expenses and Costs. The Parties are currently preparing a written settlement agreement, and anticipate filing a Joint Stipulation for Dismissal and [Proposed] Order dismissing the entire action with prejudice within the next sixty (60) days. In the meantime, the parties request that the Court continue the Initial Scheduling Conference to May 1, 2019.

Dated: February ___, 2019            HODGES LAW GROUP

                                     By: _____
                                         Nathan M. Hodges, Esq.
                                         Attorney for Jim Offdenkamp


Dated: February ___, 2019            LITTLER MENDELSON, P.C.

                                     By: _____
                                         Carlos Jimenez
                                         Hector J. Rodriguez
                                         Attorneys for Littler Mendelson, P.C.

# ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than April 26, 2018**</u>;

2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated: **February 25, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

3

Stipulation and Order Continuing Initial Scheduling Conference: Case No. 1:18-cv-01666-DAD-JLT

Hodges Law Group
1226 Chester Avenue
Bakersfield, CA 93301
(661) 374-4046