1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   JIM OFFDENKAMP,                          )   Case No.: 1:18-cv-1666-DAD- JLT
                                              )
12                  Plaintiff,                )   ORDER DIRECTING THE CLERK TO CLOSE
                                              )   THE ACTION
13          v.                                )
                                              )
14   PRAXAIR DISTRIBUTION, INC.,              )   (Doc. 8)
                                              )
15                  Defendant.                )
                                              )
16

17          On April 16, 2019, the parties filed a "Stipulated Request for Dismissal of Action with

18   Prejudice," indicating Plaintiff was "dismissing all claims and all causes of action" with prejudice.

19   (Doc. 8 at 2) "The plaintiff may dismiss an action without a court order by filing . . . a stipulation of

20   dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). Because all parties

21   who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of*

22   *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Accordingly, the Clerk of Court is **DIRECTED** to close

23   this action.

24

25   IT IS SO ORDERED.

26      Dated:  __**April 22, 2019**__          _____**/s/ Jennifer L. Thurston**_____
27                                              UNITED STATES MAGISTRATE JUDGE

28